### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                    **Case No: 5:04cr8/MCR**
                                                              **5:05cv236/MCR/MD**

**MARCUS EDENFIELD**

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 16, 2006.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The motion to vacate, set aside or correct sentence (doc. 97) is DENIED with respect to the arguments raised by the defendant, the defendant's sentence is vacated, the probation office is directed to prepare a corrected Presentence Investigation Report, and the defendant will be resentenced in accordance with the corrected PSR.

DONE AND ORDERED this 18th day of April, 2006.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**